

# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 12, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Mark A. Ames
471 Sokokis Avenue
Limington, ME 04049

**Certified Article Number**
9414 7266 9904 2206 3453 62
SENDER'S RECORD

Christopher J. Nadeau
17 Union Street, Apt. 2
Haverhill, MA 01830

**Certified Article Number**
9414 7266 9904 2206 3453 93
SENDER'S RECORD

Christopher J. Nadeau
28 Elm Street
Haverhill, MA 01830

**Certified Article Number**
9414 7266 9904 2206 3454 09
SENDER'S RECORD

Jason M. Nadeau
471 Sokokis Avenue
Limington, ME 04049

**Certified Article Number**
9414 7266 9904 2206 3454 16
SENDER'S RECORD

Jason M. Nadeau
PO Box 449
Limington, ME 04049

**Certified Article Number**
9414 7266 9904 2206 3454 23
SENDER'S RECORD

Jason M. Nadeau
PO Box 190
Medway, ME 04460

**Certified Article Number**
9414 7266 9904 2206 3454 30
SENDER'S RECORD

Jason M. Nadeau
72 Wainwright Cir. W
South Portland, ME 04106

**Certified Article Number**
9414 7266 9904 2206 3454 47
SENDER'S RECORD

Edward L. Scott
5 Spring Street
Stoughton, MA 02072

**Certified Article Number**
9414 7266 9904 2206 3454 54
SENDER'S RECORD

Edward L. Scott
225 S. Main St., Apt 4
Haverhill, MA 01835

**Certified Article Number**
9414 7266 9904 2206 3454 61
SENDER'S RECORD

EXHIBIT
G

Marc W. Scott
471 Sokokis Avenue
Limington, ME 04049

**Certified Article Number**

9414 7266 9904 2206 3454 78

**SENDER'S RECORD**

Marc W. Scott
PO Box 449
Limington, ME 04049

**Certified Article Number**

9414 7266 9904 2206 3454 85

**SENDER'S RECORD**

Steven W. Scott
471 Sokokis Avenue
Limington, ME 04049

**Certified Article Number**

9414 7266 9904 2206 3454 92

**SENDER'S RECORD**

Steven W. Scott
PO Box 449
Limington, ME 04049

**Certified Article Number**

9414 7266 9904 2206 3455 08

**SENDER'S RECORD**

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**

Re:   Property Address:     471 Sokokis Avenue, Limington, ME 04049
       Loan Number:

Dear Heirs of the Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 and the Owner/Investor, Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

The loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of the Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Mortgage Lenders Network USA, Inc. its successors and assigns (if MERs) dated September 22, 2006 and recorded in the York County Registry of Deeds in Book 14970, Page 176. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

**Since you did not sign the Note, you are not personally liable for the debt. The Mortgagee/Owner/Investor will only seek a Judgment against the subject property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Amount of Past Due Payments | $106,993.98 |
| (Taxes: $15,553.77) | |
| (Insurance: $15,169.73) | |
| Unapplied Balance | -$224.68 |

**TOTAL TO CURE DEFAULT:**    $106,769.30

A portion of the amount due is reasonable interest in the amount of $61,288.20.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $106,769.30 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1

by its attorney

Reneau J. Longoria, Esq.

MNK

4010.92

This listing is current as of **09/05/2022.**

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**

**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Steven W. Scott
PO Box 449
Limington, ME 04049



PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Jason M Nadeau
PO Box 449
Limington, ME 04049



PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Jason M Nadeau
471 Sokokis Ave
Limington, ME 04049

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Christopher J. Nadeau
28 Elm Street
Haverhill, MA 01830

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Christopher J. Nadeau
17 Union Street
Apt. 2
Haverhill, MA 01830

PS Form 3817, April 2007 PSN 7530-02-000-9065



## UNITED STATES POSTAL SERVICE® — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. It may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

USPS CUMMINGS STATION
JAN 2023
BEVERLY MA 01915
Postmark Here

To:
— Mark A. Ames
— 471 Sokokis Avenue
— Limington, ME 04049

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

## UNITED STATES POSTAL SERVICE® — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. It may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

USPS CUMMINGS STATION
2023
BEVERLY MA 01915
Postmark Here

To:
— Jason M Nadeau
— PO Box 190
— Medway, ME 04460

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

## UNITED STATES POSTAL SERVICE® — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. It may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

USPS CUMMINGS STATION
2023
BEVERLY MA 01915
Postmark Here

To:
— Jason M Nadeau
— 72 Wainwright Cir. W
— South Portland, ME 04106

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

## UNITED STATES POSTAL SERVICE® — Certificate Of Mailing

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

USPS CUMMINGS STATION
2023
BEVERLY MA 01915
Postmark Here

To:
— Edward L Scott
— 5 Spring Street
— Stoughton, MA 02072

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

## UNITED STATES POSTAL SERVICE® — Certificate Of Mailing

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

USPS CUMMINGS STATION
2023
BEVERLY MA 01915
Postmark Here

To:
— Edward L Scott
— 225 S. Main St., Apt 4
— Haverhill, MA 01835

PS Form **3817**, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Marc W. Scott
471 Sokokis Avenue
Limintgon, ME 04049

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Marc W. Scott
PO Box 449
Limington, ME 04049

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915

To:

Steven W. Scott
471 Sokokis Avenue
Limington, ME 04049

PS Form **3817**, April 2007  PSN 7530-02-000-9065

S96631.181

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.180

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.182

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.183

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.184

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.174

**$1.75 0**
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.173

**$1.75 0**
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.178

**$1.75 0**
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915



S96631.176

**$1.75 0**
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.179

**$1.75 0**
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.177

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.175

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S96631.185

USPS
CUMMINGS STATION
JAN 2024
BEVERLY MA 01915

$1.75 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915



**Matthew Kelly**

___

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:33 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Steven
Consumer Middle Initial/Middle Name: W.
Consumer Last name:Scott
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:471 Sokokis Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Limington
Consumer Address State:ME
Consumer Address zip code:04049

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:34 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Steven

Consumer Middle Initial/Middle Name: W.

Consumer Last name:Scott

Consumer Suffix:

Property Address line 1:471 Sokokis Avenue Property Address line 2:

Property Address line 3:

Property Address City/Town:Limington

Property Address State:

Property Address zip code:04049

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:1/12/2023

Amount needed to cure the default:106769.30 Consumer Address line 1:PO Box 449 Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Limington

Consumer Address State:ME

Consumer Address zip code:04049

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:30 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Marc
Consumer Middle Initial/Middle Name: W.
Consumer Last name:Scott
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:471 Sokokis Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Limington
Consumer Address State:ME
Consumer Address zip code:04049

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:32 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Marc
Consumer Middle Initial/Middle Name: W.
Consumer Last name:Scott
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:PO Box 449 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Limington
Consumer Address State:ME
Consumer Address zip code:04049

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:15 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Edward

Consumer Middle Initial/Middle Name: L.

Consumer Last name:Scott

Consumer Suffix:

Property Address line 1:471 Sokokis Avenue Property Address line 2:

Property Address line 3:

Property Address City/Town:Limington

Property Address State:

Property Address zip code:04049

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:1/12/2023

Amount needed to cure the default:106769.30 Consumer Address line 1:5 Spring Street Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Stoughton

Consumer Address State:MA

Consumer Address zip code:02072

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:17 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Edward

Consumer Middle Initial/Middle Name: L.

Consumer Last name:Scott

Consumer Suffix:

Property Address line 1:471 Sokokis Avenue Property Address line 2:

Property Address line 3:

Property Address City/Town:Limington

Property Address State:

Property Address zip code:04049

Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023

Amount needed to cure the default:106769.30 Consumer Address line 1:225 S. Main St., Apt 4 Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Haverhill

Consumer Address State:MA

Consumer Address zip code:01835

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:11 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Jason
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Nadeau
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York

-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:PO Box 449 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Limington
Consumer Address State:ME
Consumer Address zip code:04049

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:13 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Jason
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Nadeau
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:72 Wainwright Cir. W Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:South Portland Consumer Address State:ME Consumer Address zip code:04106
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:10 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Jason
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Nadeau
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:471 Sokokis Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Limington
Consumer Address State:ME
Consumer Address zip code:04049

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:14 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Jason
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Nadeau
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:PO Box 190 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Medway
Consumer Address State:ME
Consumer Address zip code:04460

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:07 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Mark
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Ames
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:471 Sokokis Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Limington
Consumer Address State:ME
Consumer Address zip code:04049

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:06 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Christopher
Consumer Middle Initial/Middle Name: J.
Consumer Last name:Nadeau
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:28 Elm Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Haverhill
Consumer Address State:MA
Consumer Address zip code:01830

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, January 12, 2023 4:09 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Christopher
Consumer Middle Initial/Middle Name: J.
Consumer Last name:Nadeau
Consumer Suffix:
Property Address line 1:471 Sokokis Avenue Property Address line 2:
Property Address line 3:
Property Address City/Town:Limington
Property Address State:
Property Address zip code:04049
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/12/2023
Amount needed to cure the default:106769.30 Consumer Address line 1:17 Union Street, Apt 2 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Haverhill
Consumer Address State:MA
Consumer Address zip code:01830

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.



**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

FIRST-CLASS

US POSTAGE <sub>and</sub> PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.57⁰

JAN 17 2023

Bradley Bisbee
54 Jordan Road
Mechanic Falls, ME 04256



---



**CERTIFIED MAIL**

9414 7266 9904 2206 3455 15

**Doonan, Graves & Lon**

ATTORNEYS AT LAW | EXCELLEN

100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS

FIRST-CLASS

US POSTAGE <sub>and</sub> PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 007.82⁰

JAN 17 2023

Bradley Bisbee
54 Jordan Road
Mechanic Falls, ME 04256

## Return Receipt (Form 3811) Barcode

9590 9266 9904 2206 3454 71

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Steven Scott

C. Date of Delivery
1-17-2023

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

PO Box 137
Limington Me 04049

1. Article Addressed to:

Marc W. Scott
471 Sokokis Avenue
Limintgon, ME 04049

_[postmark: LIMINGTON ME 04049, 2023 17 JAN, USPS]_

3. Service Type:
☒ Certified Mail

**Reference Information**

MNK/MNK
Yvonne M. Hebert
4010.92

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2206 3454 78

PS Form 3811, Facsimile, July 2015                     Domestic Return Receipt

---

## Return Receipt (Form 3811) Barcode

9590 9266 9904 2206 3454 26

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☒ Addressee

B. Received by (Printed Name)
_[signature]_

C. Date of Delivery
1/19/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Jason M Nadeau
PO Box 449
Limington, ME 04049

3. Service Type:
☒ Certified Mail

**Reference Information**

MNK/MNK
Yvonne M. Hebert
4010.92

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2206 3454 23

PS Form 3811, Facsimile, July 2015                     Domestic Return Receipt

**Return Receipt** (Form 3811) Barcode

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _(signature)_    ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Chris Nadeau

C. Date of Delivery: 01/17/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9266 9904 2206 3454 02

1. Article Addressed to:

Christopher J. Nadeau
28 Elm Street
Haverhill, MA 01830

3. Service Type:
☒ Certified Mail

Reference Information

MNK/MNK
Yvonne M. Hebert
4010.92

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2206 3454 09

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

---

**Return Receipt** (Form 3811) Barcode

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _(signature)_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Steven Scott

C. Date of Delivery: 1-17-2023

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

PO Box 137
Limington me 04049

9590 9266 9904 2206 3454 19

1. Article Addressed to:

Jason M Nadeau
471 Sokokis Ave
Limington, ME 04049

3. Service Type:
☒ Certified Mail

Reference Information

MNK/MNK
Yvonne M. Hebert
4010.92

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2206 3454 16

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**Return Receipt** (Form 3811) Barcode

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9266 9904 2206 3454 95

1. Article Addressed to:

Steven W. Scott
471 Sokokis Avenue
Limington, ME 04049

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2206 3454 92

PS Form 3811, Facsimile, July 2015

---

A. Signature

X _Steven Scott_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Steven Scott    1-17-2023

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

PO Box 137
Limington, ME
04049

3. Service Type:
☒ Certified Mail

Reference Information

MNK/MNK
Yvonne M. Hebert
4010.92

Domestic Return Receipt

LIMINGTON ME 04049
2023 17 JAN USPS



**Doonan, Graves & Longo**
ATTORNEYS AT LAW | EXCELLENCE

100 CUMMINGS CENTER, SUITE 3
BEVERLY, MASSACHUSETTS 019

CERTIFIED MAIL



9414 7266 9904 2206 3454 61

FIRST-CLASS





US POSTAGE

ZIP 01915
02 7H
0001338074

4/14

Edward L Scott
225 S. Main St., Apt 4
Haverhill, MA 01835

NIXIE        015    DE 1            0002/07
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC        BC: 01915611599    *0821-03369-1
0180131575810S        ||ıl|ııl|ıl|ıl||ıl|l||ılı|l|||l||

---



**Doonan, Graves & Longo**
ATTORNEYS AT LAW | EXCELLENCE D.

100 CUMMINGS CENTER, SUITE 30
BEVERLY, MASSACHUSETTS 0191

CERTIFIED MAIL



9414 7266 9904 2206 3454 54

FIRST-CLASS



US POSTAGE

ZIP 01915
02 7H
0001338074

Edward L Scott
5 Spring Street
Stoughton, MA 02072

1/14

NIXIE        015    DE 1            0002/15
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

NMRK1: 9333189782        02072        UNC        BC: 01915611599    *0821-05700-1
                                                ||ıl|ı|ıl|ıl|l|ıll|||ıll|l|ı|l|ı|||ı|





**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE 019
BEVERLY, MASSACHUSETTS 019

CERTIFIED MAIL

9414 7266 9904 2206 3454 30

US POSTAGE AND PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.06 °
JAN 12 2023

FIRST-CLASS

NIXIE    015    DE 1        0001/24/23
        RETURN TO SENDER
        VACANT
        UNABLE TO FORWARD

BC: 01915161159        *0821-05549-15-55

Jason M Nadeau
PO Box 190
Medway, ME 04460

---




**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE 019
BEVERLY, MASSACHUSETTS 019

CERTIFIED MAIL

9414 7266 9904 2206 3455 08

US POSTAGE AND PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.06 °
JAN 12 2023

FIRST-CLASS

FORWARD TIME EXP RTN TO SEND
SCOTT STEVEN W
PO BOX 137
LIMINGTON ME 04049-0137
        RETURN TO SENDER

Steven W. Scott
PO Box 449
Limington, ME 04049





**CERTIFIED MAIL**

**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENC
100 CUMMINGS CENTER, SUITE 0
BEVERLY, MASSACHUSETTS 0

US POSTAGE AND PITNEY BOWES
FIRST-CLASS
ZIP 01915
02 7H
0001338074
$ 008.06⁰
JAN 12 2023

9414 7266 9904 2206 3453 93

NIXIE       015   FE 1        0001/25/23
RETURN TO SENDER
ATTEMPTED - UNKNOWN
UNABLE TO FORWARD
BC: 01915611599        *0821-05646-15-00

Christopher J. Nadeau
17 Union Street
Apt. 2
Haverhill, MA 01

**CERTIFIED MAIL**

**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 019

US POSTAGE AND PITNEY BOWES
FIRST-CLASS
ZIP 01915
02 7H
0001338074
$ 008.06⁰
JAN 12 2023

9414 7266 9904 2206 3454 47

NIXIE       015   FE 1        0001/21/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 01915611599        *0821-05767-13-00

Jason M Nadeau
72 Wainwright Cir. W
South Portland, ME 04106